**Order entered April 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00325-CR

### EX PARTE ZAVIER COMMINEY

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. WX18-90138-V

## ORDER

The record has been filed in this appeal.

We **ORDER** appellant to file his brief by **April 23, 2019**. We **ORDER** the State to file its brief by **May 14, 2019**. If either party fails to file a brief by the due date, the appeal will be submitted without that party's brief.

Once briefing is complete, the Court will notify the parties of the submission date and panel.

/s/    CORY L. CARLYLE
       JUSTICE